```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
```

LOUISIANA STATE, ET. AL.                    CIVIL ACTION
ON BEHALF OF INSURED(S)/
ASSIGNOR(S)/SUBROGOR(S):
BARBARA DEHON-MANUEL

VERSUS                                      NO: 13-3168

AMERICAN NATIONAL PROPERTY AND              SECTION: J(1)
CASUALTY COMPANY, ET. AL.

## ORDER

Considering the foregoing Motion to Dismiss Counts II and III **(Rec. Doc. 4)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that only Count II (Breach of the Implied Covenant of Good Faith and Fair Dealing, Paragraphs XXX-XL), Count III (Breach of Fiduciary Duty, Paragraphs XLI-XLIII), and any relief requested regarding those Counts in Plaintiff's *Supplemental and Amended Complaint Pursuant to Order to Severance Dates April 22, 2013* (Rec. Doc. 1) are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the State of Louisiana's other allegations and prayers for relief in Plaintiff's *Supplemental and Amended Complaint Pursuant to Order to Severance Dates April 22, 2013* (Rec. Doc. 1), including Count I (Breach of Contract), the assignment/subrogation claims asserted by Plaintiff, and the rights that the State has obtained from the insured(s)/assignor(s)/subrogor(s) referenced above are not prejudiced or

affected by this Order of Dismissal, but instead are fully preserved.

New Orleans, Louisiana, this 27th day of August, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE